

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00612-CR

Raymond **SANDOVAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-3045
Honorable Angus McGinty, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  November 7, 2012

DISMISSED FOR WANT OF JURISDICTION

On April 14, 2010, appellant was placed on community supervision for a period of three years. On February 7, 2012, the State filed a motion to revoke appellant's community supervision; it subsequently filed two supplements to the pending motion. The trial court entered an order on August 1, 2012 continuing appellant on community supervision, but modifying the conditions of community supervision by ordering appellant to enter a residential treatment program. Appellant filed a notice of appeal from the trial court's order modifying the conditions

of his community supervision.  This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision.  *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.— San Antonio 1995, no pet.).  On October 1, 2012, this court issued an order for appellant to show cause within ten days explaining why this appeal should not be dismissed for lack of jurisdiction. Appellant's counsel has filed a written response agreeing that this appeal should be dismissed. Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH